

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00036-CV

_____

FRANK KEATHLEY, INDIVIDUALLY AND
DBA TOP SHELF ANTIQUES, Appellant

V.

J.J. INVESTMENT COMPANY, L.T.D., Appellee

On Appeal from the 62nd District Court
Franklin County, Texas
Trial Court No. 10,072

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

This Court has been notified that a party in an appeal pending before this Court, Frank Keathley, filed a voluntary petition for bankruptcy on April 28, 2014, in the United States Bankruptcy Court for the Eastern District of Texas, Tyler Division, under cause number 14-20066.  Pursuant to 11 U.S.C.A. § 362 (West, Westlaw current through Mar. 25, 2014), further action in this cause is automatically stayed, and the appeal is suspended.  *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this case is abated and will be treated as closed. Any party may reinstate by promptly filing a motion with an attached certified copy of the order showing that the automatic bankruptcy stay has been lifted or terminated and specifying what further action, if any, is required from this Court.  In the event of reinstatement, any period that began to run and had not expired at the time of suspension will begin anew when the proceeding is reinstated.  Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the Court reinstates the appeal.  TEX. R. APP. P. 8.2, 8.3.

IT IS SO ORDERED.

BY THE COURT

Date:  April 30, 2014